UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number 1:17-cv-20047-DPG**

ANDRES GOMEZ

    Plaintiff,

v.

CHOPARD USA, LTD, and
LE PETIT-FILS DE L.U. & CIE,
S.A.


    Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 4th day of August, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF, which caused an electronic copy was sent to:

David Brafman, Esq. (FBN 0068289)
Patricia M. Carlson, Esq. (FBN 0058592)
AKERMAN LLP
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000
Fax: (561) 659-6313
Email: david.brafman@akerman.com
Email: patti.carlson@akerman.com

J. Donald Best, Esq. (*pro hac vice to be filed*)
WI Bar No. 1012450
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Madison, WI 53703
Tel: (602) 283-2272
Fax: (608) 283-2275
Email: jdbest@michaelbest.com

*Attorneys for Defendant Chopard USA, Ltd.*

                                                                              *s/ Scott R. Dinin*