## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ANDRES GOMEZ,

       Plaintiff,

       v.

CHOPARD USA, LTD, and
LE PETIT-FILS DE L.U. & CIE, S.A.

       Defendants.

Case No. 1:17-cv-20047-DPG

## JOINT STIPULATION OF DISMISSAL

The parties, Plaintiff Andres Gomez and Defendants Chopard USA, Ltd. and Le Petit-Fils de L.U. & Cie, S.A., through their counsel, **HEREBY STIPULATE AND AGREE** to the dismissal with prejudice of any and all of the Plaintiff's claims in this action against the Defendants, with all parties bearing their own costs and attorneys' fees.

Dated this 21st day of September, 2017

By: *s/ Scott R. Dinin*  
Scott R. Dinin  
SCOTT R. DININ P.A.  
4200 NW 7th Avenue  
Miami, Florida 33127  
Tel: (786) 431-1333  
Fax: (786) 513-7700  
Email: inbox@dininlaw.com  

*Counsel for Plaintiff Andres Gomez*

By: s/ Albert Bianchi, Jr.  
David Brafman  
FL Bar No. 0068289  
Patricia M. Carlson  
FL Bar No. 0058592  
AKERMAN LLP  
777 S. Flagler Drive  
Suite 1100, West Tower  
West Palm Beach, FL 33401  
Tel: (561) 653-5000  
Fax: (561) 659-6313  
Email: david.brafman@akerman.com  
         patti.carlson@akerman.com  

J. Donald Best (*pro hac vice*)  
WI State Bar No. 1012450  
Amy O. Bruchs (*pro hac vice*)  
WI State Bar No. 1021530  
Albert Bianchi, Jr. (pro hac vice)  
WI State Bar No. 1056920  
MICHAEL BEST & FRIEDRICH LLP  
One South Pinckney Street  
Madison, WI 53703  
Tel: (602) 283-2272  
Fax: (608) 283-2275  
Email: jdbest@michaelbest.com  
Email: aobruchs@michaelbest.com  
Email: abianchi@michaelbest.com  

*Counsel for Defendants Chopard USA, Ltd.*  
*and Le Petit-Fils de L.U. & Cie, S.A.*